1 Larry Caldwell (SBN 88867)
CALDWELL & ASSOCIATES
2 1380 Lead Hill Blvd., Suite 106
Roseville, California 95661
3 Telephone:   (916) 774-4667
Facsimile:    (916) 797-4954
4
Attorneys for Plaintiff
5

6 Dean Herman (SBN 76752)
MICHELMAN & ROBINSON, LLP
7 15760 Ventura Boulevard, Suite 500
Encino, California 91436
8 Telephone:(818) 783-5530
Facsimile: (818) 783-5507
9
Attorneys for Defendant
10

11

12 **UNITED STATES DISTRICT COURT**

13 **EASTERN DISTRICT OF CALIFORNIA**

14

15 LONNIE HINES,                          )          CASE NO. CIV-S-04-2071 DFL DAD
                                        )
16        Plaintiff,                     )
                                        )          **STIPULATION AND ORDER RE**
17   v.                                  )          **DISMISSAL**
                                        )
18 HARTFORD CASUALTY                     )
   INSURANCE COMPANY,                    )
19                                       )
          Defendant.                     )
20 _____      )

21

22

23

24

25

26

27

28

_____
STIPLUATION AND ORDER RE: DISMISSAL

1    Pursuant to a confidential settlement agreement, the parties to this action, by

2  and through their respective counsel of record, confirm that they have stipulated

3  that this entire action is to be dismissed with prejudice, with each party to bear

4  their own costs and attorneys' fees.

5  DATED:  July 21, 2005                    **CALDWELL & ASSOCIATES**

6

7                                           By:   /s/Larry Caldwell          .

8                                                 Larry Caldwell
                                                  Attorneys for Plaintiff

9

10 DATED:   July 21, 2005                   **MICHELMAN & ROBINSON LLP**

11

12                                          By:   /s/Dean Herman            .

13                                                Dean Herman
                                                  Attorneys for Defendant

14                                          ORDER

15

16

17    IT IS HEREBY ORDERED that:

18    1.    This action is dismissed in its entirety with prejudice;

19    2.    Each party is to bear its own costs and attorneys' fees.

20

21 DATED:    7/25/2005              _____/s/ David F. Levi_____

22                                        David F. Levi
                                          United States District Judge

23

24

25

26

27

28

STIPLUATION AND ORDER RE: DISMISSAL